UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Ismael Salam
                Plaintiff,

v.                                       Case No.: 1:13–cv–09305
                                             Honorable Charles R. Norgle Sr.

Lifewatch, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 27, 2015:

      MINUTE entry before the Honorable Charles R. Norgle: The court has reviewed the Report of the Parties' Planning Meeting. The final Pretrial Order is due by 12/15/2015. Jury trial is set for 12/28/2015 at 10:00 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.