UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

ISMAEL SALAM, individually and on behalf of all others similarly situated,

           Plaintiffs,

v.

LIFEWATCH, INC., a New York corporation

           Defendants.

---

Case No.: 1:13-cv-9305

Hon. Charles R. Norgle, Sr.

NOTICE OF MOTION

PLEASE TAKE NOTICE that at 10:00 a.m. on Thursday, December 10, 2015, the Parties, by and through their respective attorneys shall appear before the Honorable Charles R. Norgle, Sr., or the presiding judge sitting in his stead in Courtroom 2341 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present Cross-Motion to Modify the Briefing Schedule Relative to the Certification Motion.

Dated: December 7, 2015

           Respectfully submitted,

    GREENSFELDER, HEMKER & GALE, P.C.

    By: /s/ David B. Goodman

    David B. Goodman – dbg@greensfelder.com
    Greensfelder, Hemker & Gale, P.C.
    200 West Madison Street   Suite 2700
    Chicago, Illinois  60606 (312) 419-9090

    Joseph Lipari, Esq.
    THE SULTZER LAW GROUP
    77 Water Street, 8th Floor
    New York, New York 10005
    (646) 722-4266 /  Fax: (888) 749-7747

## **CERTIFICATE OF SERVICE**

I, David B. Goodman, an attorney, hereby certify that on December 7, 2015, I electronically filed the foregoing Notice of Motion using the CM/ECF system, which will automatically send copies to all attorneys of record in the case.

   /s/   David B. Goodman

David B. Goodman #6201242
dbg@greensfelder.com
Greensfelder, Hemker & Gale, P.C.
200 West Madison Street
Suite 2700
Chicago, Illinois 60606
Telephone: (312) 419-9090
Facsimile: (312) 419-1930