# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Ismael Salam

                      Plaintiff,

v.                                        Case No.: 1:13–cv–09305
                                                Honorable Charles R. Norgle Sr.

Lifewatch, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 11, 2015:

      MINUTE entry before the Honorable Charles R. Norgle:Motion to compel [69] is denied. Motion to modify order [79] is granted. Motion hearing held on 12/11/2015. The trial date set for December 28, 2015 is stricken. A status hearing is set for 2/26/2016 at 10:00 a.m. Counsel are granted an additional 21 days within which to file the response and reply on the pending motion for class certification. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.