# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ISMAEL SALAM, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) | Case No. 1:13-cv-9305 |
| ) | |
| v. ) | Hon. Charles R. Norgle, Sr. |
| ) | |
| LIFEWATCH, INC., a New York corporation, ) | Magistrate Sidney I. Schenkier |
| ) | |
| Defendant. ) ) ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING
## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

On April 1, 2016, Plaintiff Ismael Salam, on behalf of himself and the putative class, filed a Notice of Supplemental Authority to apprise the Court of the recent order granting a preliminary injunction in *Federal Trade Commission, et al. v. Lifewatch, Inc. et al.*, No. 1:15-cv-5781 (N.D. Ill. 2015), which bears on the issues raised in Plaintiff's pending motion for class certification, ECF Doc 74. Plaintiff hereby submits the Memorandum Opinion and Order that accompanied that order, further explicating the reasoning underlying Judge Feinerman's decision to grant the preliminary injunction. A copy of that Memorandum Opinion and Order is attached hereto as **Exhibit A**.

Dated: April 5, 2016

Respectfully submitted,

*/s/ Katrina Carroll*

Katrina Carroll
Kyle A. Shamberg
*kcarroll@litedepalma.com*
kshamberg@litedepalma.com
211 W. Wacker Drive
Suite 500
Chicago, IL 60606
312.750.1265

**DITOMMASO LUBIN, P.C.**

Vincent L. DiTommaso
vdt@ditommasolaw.com
Peter S. Lubin
psl@ditommasolaw.com
17W 220 22nd Street, Suite 410
Oakbrook Terrace, Illinois 60181
(630) 333-0000

*Attorneys for Plaintiff Ismael Salam and the Putative Class*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 5th day of April, 2016, she caused a true and correct copy of the foregoing NOTICE OF SUPPLEMENTAL AUTHORITY to be filed electronically with the Clerk of the Court to be filed and served on all parties via the Court's CM/ECF system.

By: */s/Katrina Carroll*
Katrina Carroll