UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ISMAEL SALAM, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LIFEWATCH INC., a New York corporation, <br><br> Defendant. | Case No. 13 CV 9305 <br><br> Hon. Charles R. Norgle, Sr. <br><br> Magistrate Sidney I. Schenkier |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17, Defendants' counsel GREENSFELDER, HEMKER & GALE, P.C. ("Greensfelder") and its attorneys David B. Goodman and Patrick J. Cotter move to withdraw as Defendants' counsel of record. In support of its motion, Greensfelder states:

1. The Attorney-Client relationship between Greensfelder and Defendants, Lifewatch Inc. and Evan Sirlin, is irrevocably broken making further legal representation not possible.

2. The Sultzer Law Group, Jason Sultzer, and Joseph Lipari are already counsel for Defendants in this matter and will continue to be the Defendants' litigation counsel. No trial date has been set, and there are no motions pending.

3. The FTC, through its counsel, have advised that they do not object to this motion nor do they object to having this motion heard with less than three days' notice.

WHEREFORE, Greensfelder and each of its attorneys respectfully request that this Court grant this motion and enter an order allowing Greensfelder to withdraw from this case.

        Respectfully submitted,

        GREENSFELDER, HEMKER AND GALE, P.C.

        By: /s/ David B. Goodman
             One of Its Attorneys

David B. Goodman #6201242 dbg@greensfelder.com
Patrick J. Cotter #6202681 pcotter@greensfelder.com
Greensfelder, Hemker & Gale, P.C.
200 West Madison Street, Suite 2700
Chicago, Illinois 60606
Direct: (312) 345-5008
Telephone: (312) 419-9090
Facsimile: (312) 419-1930

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I, David B. Goodman, an attorney, hereby certify that on April 11, 2016, I electronically filed the foregoing **Motion to Withdraw as Counsel** with the Court using the CM/ECF system, which will automatically send copies to all attorneys of record in the case.

                                      /s/ David B. Goodman
                                      David B. Goodman