# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ISMAEL SALAM, individually and on behalf of others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 13 CV 9305 |
| v. ) ) | Hon. Charles R. Norgle, Sr. |
| LIFEWATCH INC., a New York corporation, ) ) | Magistrate Sidney I. Schenkier |
| Defendant. ) ) | |

## NOTICE OF MOTION

TO: COUNSEL OF RECORD

PLEASE TAKE NOTICE that on **Friday, April 15, 2016 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles R. Norgle, Sr., or the presiding judge sitting in his stead in Courtroom 2341 of the Everett McKinley Dirksen United States Courthouse, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached **Motion to Withdraw as Counsel**.

Respectfully submitted,

GREENSFELDER, HEMKER AND GALE, P.C.

By: /s/ David B. Goodman
David B. Goodman #6201242
dbg@greensfelder.com
Greensfelder, Hemker & Gale, P.C.
200 West Madison Street, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 419-9090
Facsimile: (312) 419-1930

## **CERTIFICATE OF SERVICE**

      I, David B. Goodman, an attorney, hereby certify that on April 11, 2016, I electronically filed the foregoing **Notice of Motion** using the CM/ECF system, which will automatically send copies to all attorneys of record in the case.

                                                    /s/   David B. Goodman
                                                       David B. Goodman