# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ISMAEL SALAM, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LIFEWATCH, INC., a New York corporation, <br><br> Defendant. | Case No. 13-cv-09305 <br><br> Hon. Charles R. Norgle, Sr. <br><br> Magistrate Sidney I. Schenkier |

## PLAINTIFF'S SUPPLEMENT TO HIS RULE 23 MOTION
## TO CERTIFY A CLASS TO ADVISE OF CHANGE IN CIRCUMSTANCES

1. On December 1, 2015, Plaintiff, Ismael Salam, filed a motion for class certification (Dkt. 75).

2. Defendant, Lifewatch, Inc., opposed Salam's motion for class certification, filing its opposition papers on December 31, 2015 (Dkt. 88). In its opposition, Lifewatch challenged the adequacy of Plaintiff Salam because of his association with Siprut, P.C. *See generally* Lifewatch's opposition at pp. 20-23.

3. As of May 13, 2016, Plaintiff Salam is no longer affiliated with Siprut, P.C.

4. Accordingly, Lifewatch's objection to Plaintiff Salam's adequacy based on his (now former) affiliation with Siprut, P.C. is moot.

Dated: May 17, 2016

Respectfully submitted,

By: */s/ Katrina Carroll*
Katrina Carroll, Esquire
**LITE DEPALMA GREENBERG, LLC**
kcarroll@litedepalma.com

        Kyle A. Shamberg, Esquire
        *kshamberg@litedepalma.com*
        211 W. Wacker Drive
        Suite 500
        Chicago, IL 60606
        312.750.1265

By:   */s/ Peter S. Lubin*
      Peter S. Lubin, Esquire
      **DiTomasso Lubin P.C.**
      17W 220 22nd Street
      Suite 410
      Oakbrook Terrace, IL  60181
      630.333.0002

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 17th Day of May, 2016, she caused a true and correct copy of the foregoing Supplement to be filed electronically with the Clerk of the Court to be filed and served on all parties via the Court's CM/ECF system.

By: */s/ Katrina Carroll*
Katrina Carroll