UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Ismael Salam
                Plaintiff,

v.                                   Case No.: 1:13–cv–09305
                                                   Honorable Charles R. Norgle Sr.

Lifewatch, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 9, 2016:

      MINUTE entry before the Honorable Sidney I. Schenkier: The district judge has granted the motion for class certification (doc. #[121]). As a result, we direct the parties to meet and confer by 9/23/16 on the question of what additional discovery may be appropriate in light of a class having been certified. By 9/30/16, the parties shall file a joint report setting forth their position (or respective positions, if there is disagreement) concerning further discovery, including (a) a statement of any further discovery that has been provided by agreement since the Court's 3/25/16 order (doc. #[110]), and a report on the status of the Donoca case, including a report on any discovery produced in that case. Therefore, the status hearing set for 9/13/16 before the magistrate judge is RESET to 10/05/16 at 9:00 a.m. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.