## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Ismael Salam, et al.
       Plaintiff,

v.             Case No.: 1:13−cv−09305
             Honorable Charles R. Norgle Sr.

Lifewatch, Inc.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 8, 2017:

  MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held. Defendant's counsel Joseph Lipari appears by telephone conference. The parties report on the status of discovery. For the reasons stated on the record, defendant 9;s counsel's oral motion for an extension of time to produce ESI discovery is granted. The Court gives leave for defendant's counsel to produce ESI discovery by no later than 4/07/17. If possible, production of the responsive ESI should commence on a rolling basis prior to that date. The matter is set for a status hearing before the magistrate judge on 4/26/17 at 9:00 a.m. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.