## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Ismael Salam, et al.
                      Plaintiff,

v.                                      Case No.: 1:13−cv−09305
                                            Honorable Charles R. Norgle Sr.

Lifewatch, Inc.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 12, 2017:

      MINUTE entry before the Honorable Sidney I. Schenkier: Telephone conference held with lawyers for all parties regarding status of settlement discussions. The matter is set for a telephone status hearing on 11/21/17 at 4:00 p.m. (Central time). Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.