# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Ismael Salam, et al.

                        Plaintiff,

v.                                          Case No.: 1:13−cv−09305
                                              Honorable Charles R. Norgle Sr.

Lifewatch, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 15, 2019:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held. Defendant's counsel Joseph Lipari appears by telephone conference. The parties report on the status of discovery. The parties further report that fact discovery has been completed and that defendant likely will be filing a motion for class de−certification. By agreement, the Court sets the expert discovery schedule as follows: plaintiff's Rule 26(a)(2) reports and expert disclosures are due by 6/14/19, defendant's Rule 26(a)(2) reports and expert disclosures are due by 7/29/19; and all expert depositions are to be completed by 8/30/19. The matter is set for a status hearing before the magistrate judge on 8/06/19 at 9:00 a.m. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.