**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division**

Ismael Salam, et al.
        Plaintiff,

v.               Case No.: 1:13−cv−09305
               Honorable Charles R. Norgle Sr.

Lifewatch, Inc.
        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, July 18, 2019:

  MINUTE entry before the Honorable Gabriel A. Fuentes: Status hearing held. Defendant's counsel, Joseph A. Lipari, appears by telephone conference. The parties report that all discovery is now completed. Defendant's counsel further reports that he will be filing a motion for de−certification that is to be noticed before the district judge within 30 days. The matter is set for a status hearing before the magistrate judge on 9/26/19 at 9:30 a.m. Mailed notice. (jj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.